UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELECTRONIC FILING ORDER

All documents in this case will be filed electronically. Counsel are reminded that they must comply with the requirements set forth in the District Court's CM/ECF Policies and Procedures Manual. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of all pleadings (including briefs and exhibits) supporting or opposing the following:

    a.    Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;

    b.    Motions to dismiss or for summary judgment;

    c.    Trial briefs, including proposed findings of fact and conclusions of law; and

    d.    Any other document that exceeds 15 pages.

The Court requires that documents filed electronically must be published in PDF and filed in this format rather than scanned manually. Pleadings must be typewritten using Arial bold 12 point font, double spaced and comply with all applicable provisions of D. Conn. L. Civ. R. 10(a).

SO ORDERED. _____

_____
/S/
_____
Vanessa L. Bryant
United States District Judge

*(Rev. 7/9/09 VLB)*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NOTICE REGARDING ELECTRONIC FILING

All civil cases assigned to Judge Bryant will be designated as electronically filed cases, and thus be subject to the attached Electronic Filing Order, excluding cases involving *pro se* parties (including *pro se* prisoner cases and social security disability appeals).  Any attorney may file a motion for Exemption From Electronic Filing within fourteen (14) days after the attorney enters an appearance in the case, which shall be decided by the Judge.

In order to be able to file documents electronically,  an attorney must first register with the clerk's office and obtain an electronic filing login and password. Registration forms are available on the Court's website, along with a tutorial on electronic filing (www.ctd.uscourts.gov/cmecf/).  Training in electronic filing is also available to attorneys through the clerk's office.

FOR THE COURT

ROBERTA D. TABORA,
CLERK OF COURT

(Rev. 6/4/09 VLB)