IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN BONNELL )<br><br>   Plaintiff )<br> )<br>v. )<br> )<br>TITEFLEX CORPORATION, TITEFLEX )<br>CORPORATION SEVERANCE PAY POLICY )<br>FLEXIBLE TECHNOLOGIES, INC. )<br>FLEXIBLE TECHNOLOGIES SEVERANCE )<br>PAY PLAN )<br>SMITHS GROUP AMERICAS LLC, SMITHS )<br>GROUP NORTH AMERICA, INC., )<br>SMITHS GROUP NORTH AMERICA, INC. )<br>SEVERANCE PAY PLAN (AND )<br>SUCCESSORS) )<br><br>   Defendants | CASE NO.<br><br>March 9, 2010 |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for:

The Plaintiff, Steven Bonnell

March 9, 2010
Date

Ct15823
Connecticut Federal Bar Number

(860) 424-4359
Telephone Number

dschwartz@pullcom.com

[Signature]
Signature

Daniel A. Schwartz
Print Clearly or Type Name

Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Address

Appearance.frm.feb.96

E-mail Address

**CERTIFICATION OF SERVICE**

I hereby certify that, on this 9th day of March, 2010, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: _____
Daniel A. Schwartz (Ct15823)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone 860 424 4359
Facsimile 860 424 4370
dschwartz@pullcom.com