UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN BONNELL,<br><br>Plaintiff,<br><br>v.<br><br>TITEFLEX CORPORATION ET AL,<br><br>Defendants. | CIVIL ACTION NO: 3:10-cv-00348(VLB)<br><br><br><br>April 2, 2010 |

**APPEARANCE**

TO:   CLERK OF COURT
　　　United States District Court
　　　141 Church Street
　　　New Haven, CT 06510

Please enter the appearance of Rachel Reingold Mandel on behalf of defendant Titeflex Corporation.

　　　　　　　　　　　　　　　　DEFENDANT,

　　　　　　　　　　　　　　　　TITEFLEX CORPORATION

　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　/s/ Rachel Reingold Mandel
　　　　　　　　　　　　　　　　Rachel Reingold Mandel (ct26938)
　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH, SMOAK
　　　　　　　　　　　　　　　　& STEWART, P.C.
　　　　　　　　　　　　　　　　One Boston Place, Suite 3220
　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　Tel. (617) 994-5700
　　　　　　　　　　　　　　　　Fax (617) 994-5701

## CERTIFICATION

I hereby certify that on April 2, 2010, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                  /s/ Rachel Reingold Mandel
                                                                 Rachel Reingold Mandel (ct26938)