UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN BONNELL, <br><br> Plaintiff, <br><br> v. <br><br> TITEFLEX CORPORATION ET AL, <br><br> Defendant. | CIVIL ACTION NO: 3:10-cv-00348(VLB) <br><br><br><br> April 2, 2010 |

### DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, defendant Titeflex Corporation ("Titeflex") respectfully requests a thirty (30) day extension up to and including May 5, 2010, to answer, move, or otherwise respond to plaintiff's Complaint. In support of this motion, the undersigned counsel for Titeflex states as follows:

(1)   Titeflex seeks this extension of time in order to more fully consider and properly respond to the allegations contained in plaintiff's complaint.

(2)   This is Titeflex's first motion to extend time to answer, move, or otherwise respond to plaintiff's complaint.

(3)   After receiving notice that the plaintiff planned to commence this action, Titeflex agreed to waive service pursuant to Rule 4(d) of the Local Rules of Civil Procedure.

**ORAL ARGUMENT IS NOT REQUESTED**

(4)     Despite Titeflex's willingness to waive service, the plaintiff proceeded to serve Titeflex with his Summons and Complaint.

(5)     Plaintiff's counsel has consented to the requested motion for extension of time.

(6)     In the absence of the requested extension, defendant's response to plaintiff's Complaint would be due on April 5, 2010.

**WHEREFORE,** Titeflex respectfully requests an extension of time up to and including May 5, 2010, to answer, move, or otherwise respond to plaintiff's Complaint.

DEFENDANT,

TITEFLEX CORPORATION

By its attorney,

\_\_/s/ Rachel Reingold Mandel_____
Rachel Reingold Mandel (ct26938)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3220
Boston, MA 02108
Tel. (617) 994-5700
Fax (617) 994-5701

## CERTIFICATION

I hereby certify that on April 2, 2010, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ Rachel Reingold Mandel
                                        Rachel Reingold Mandel (ct26938)

8389877.1 (OGLETREE)