UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN BONNELL, | CIVIL ACTION NO: 3:10-cv-00348(VLB) |
| Plaintiff, | |
| v. | |
| TITEFLEX CORPORATION ET AL, | April 2, 2010 |
| Defendants. | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to permit the Judges and Magistrate Judges of the District Court to assess the potential for recusal or disqualification, counsel for Defendants hereby discloses the following corporate interests:

Defendants, Titeflex Corporation, Flexible Technologies, Inc., Smiths Group Americas, LLC, and Smiths Group North America, Inc. (collectively the "Corporate Defendants") are or were indirect wholly-owned subsidiaries of Smiths Group, PLC.

Smiths Group, PLC is a publicly owned company and is traded on the London Stock Exchange.

None of the Corporate Defendants owns ten percent or more of any publicly owned company.

Defendants Titeflex Corporation Severance Pay Policy, Flexible Technologies Severance Pay Plan, and Smiths Group North America, Inc. Severance Pay Plan (collectively, the "Plan

Defendants") are self-funded "welfare benefit plans," as that term is defined by the Employee Retirement Income Security Act of 1974 ("ERISA").

None of the Plan Defendants is a parent, subsidiary, or partner of any publicly owned company.

None of the Plan Defendants owns ten percent or more of the outstanding shares or other indicia of ownership of any publicly owned company.

Although benefits under the Plan Defendants are paid from the general assets of the employers that sponsor the Plan Defendants, no publicly owned company owns 10% or more of any indicia of ownership of the Plan Defendants.

DEFENDANT,

TITEFLEX CORPORATION

By its attorney,

  /s/ Rachel Reingold Mandel
Rachel Reingold Mandel (ct26938)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
One Boston Place, Suite 3220
Boston, MA 02108
Tel. (617) 994-5700
Fax (617) 994-5701

## CERTIFICATION

I hereby certify that on April 2, 2010, a copy of the foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Rachel Reingold Mandel
                                            Rachel Reingold Mandel (ct26938)