UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN BONNELL,<br><br>Plaintiff,<br><br>v.<br><br>TITEFLEX CORPORATION ET AL,<br><br>Defendants. | CIVIL ACTION NO: 3:10-cv-00348 (VLB)<br><br>OCTOBER 12, 2010<br><s>June 22, 2010</s> |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Steven Bonnell and Defendants Titeflex Corporation, Flexible Technologies Inc., Smiths Group North America, Inc., or Smiths Group Americas LLC, the Titeflex Corporation Severance Pay Policy, the Flexible Technologies Severance Pay Plan, and the Smiths Group North America, Inc. Severance Pay Plan, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action is hereby dismissed with prejudice. The parties also hereby agree and stipulate that they shall each be responsible for their own respective costs and attorney's fees incurred as a result of this action.

Respectfully submitted,

THE PLAINTIFF, Steven Bonnell

Date: OCTOBER 10, 2010

BY: /s/ Daniel A. Schwartz
Daniel A. Schwartz (ct15823)
Pullman & Comley, LLC
90 State House Square

> Hartford, CT 06103-3702
> Tel. 860.424.4300
> Fax 860.424.4370
> Email: dschwartz@pullcom.com

THE DEFENDANTS, Titeflex Corp. et al

| | |
|---|---|
| Date: August 31, 2010 | BY: <u>/s/ Rachel Reingold Mandel</u><br>Rachel Reingold Mandel (ct26938)<br>Ogletree, Deakins, Nash, Smoak<br>  & Stewart, P.C.<br>One Boston Place<br>Suite 3220<br>Boston, MA 02108-4403<br>Tel. 617.994.5700<br>Fax 617.994.5701 |

8958591.4 (OGLETREE)